UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-14228-DMM

NATALIO AGUIRRE, ADRIAN DELGADO,
ROGELIO NUNEZ, JOSE A. SANCHEZ,

    Plaintiffs,

v.

SOUTH FLORIDA GRADING, INC., a Florida
for-profit corporation, and TIMOTHY O.
REYNOLDS,

    Defendants.
_____/

**ORDER GRANTING APPROVAL OF SETTLEMENT AND DISMISSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve FLSA Settlement Agreement and Dismissal with Prejudice, filed on October 29, 2018. (DE 25). Plaintiff initiated this action on June 18, 2018, alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). (DE 1). The Parties now advise the Court that they have settled all claims in this action, and jointly move for dismissal.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a *bona fide* dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be *bona fide* disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

1

Having reviewed the Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that each of the four Settlement Agreements of FLSA Claims (DE 25-1; DE 25-2; DE 25-3; DE 25-4) reflects a reasonable compromise over contested litigation to resolve *bona fide* disputes under the Fair Labor Standards Act.

. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Parties Joint Motion (DE 25) is **GRANTED**.

2. The Court **APPROVES** the Settlement Agreements attached as Exhibits 1, 2, 3, and 4 to DE 25, including the settlement amounts for attorney's fees, as a fair, adequate and reasonable settlement of the claims at issue.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

5. The Court retains jurisdiction over this action until April 29, 2019 to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30 day of October, 2018.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record